(C.D. 2692)

ROBERT J. ANDREWS v. UNITED STATES

United States Customs Court, First Division

## 530

(Decided May 31, 1966)

*Walter E. Doherty, Jr.*, for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

Before OLIVER and NICHOLS, Judges

OLIVER, Judge: The defendant moved to dismiss the protest for untimeliness.

Upon examination of the papers it appears that said protest was filed more than 60 days from the date of liquidation. Therefore, this protest is ordered dismissed.